JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHY CANER, et al., <br><br> Plaintiffs, <br><br> v. <br><br> OCWEN LOAN SERVICING, et al., <br><br> Defendants. | Case No. CV 18-749-GW(JCx) <br><br> **ORDER TO DISMISS WITH PREJUDICE** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that the entire Action be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 4J (a)(I )(A)(ii). The Parties shall bear their own attorneys' fees and costs incurred in connection with the Action. The Court shall retain jurisdiction for the purpose of enforcing the terms of the separate settlement agreement entered into between the Parties.

IT IS SO ORDERED.

Dated: July 13, 2018

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE